# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 14-27066 |
| Michael A. Wolf, | ) | |
| | ) | Hon. Deborah L. Thorne |
| Debtor. | ) | |
| | ) | **Hearing Date: 9:00 a.m.** |
| | ) | **Hearing Time: January 12, 2023** |

## NOTICE OF MOTION FOR ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSE

**PLEASE TAKE NOTICE** that on **Thursday, January 12, 2023, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne, or any judge sitting in her stead, either in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S, Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the **Motion For Order Authorizing Payment Of Administrative Expense,** a copy of which is attached.

All parties in interest, including the movant, may appear for the presentation of the motion either in person or electronically using Zoom for Government.

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password**. The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: December 28, 2022

                                      **N. NEVILLE REID, not individually, but solely in his capacity as the chapter 7 trustee for the bankruptcy estate of MICHAEL A. WOLF,**

                                      */s/ N. Neville Reid*
                                            N. Neville Reid

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX SWIBEL LEVIN & CARROLL LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on December 28, 2022, I caused a copy of the foregoing **Notice and Trustee's Motion for Order Authorizing Payment of Administrative Expense,** to be filed electronically through the Court's CM/ECF filing system and to be served upon all parties listed on the attached Service List by first-class U.S. Mail on December 28, 2022 or electronically through the Court's CM/ECF filing system, as indicated.

                                                  */s/ N. Neville Reid*
                                                    N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

**Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Daniel P. Dawson**
ddawson@nisen.com

**Robert M Fishman**
rfishman@foxrothschild.com

**Gordon E. Gouveia**
ggouveia@foxrothschild.com

**Christina Sanfelippo**
csanfelippo@foxrothschild.com

**Catherine L Steege, ESQ**
csteege@jenner.com

**Ramses Jalalpour**
jalalpourr@jbltd.com

**Joseph Marconi**
marconij@jbltd.com

**Amir R Tahmassebi**
amir@konicekdillonlaw.com

**Richard G Baldwin**
rbaldwin@foleyhoag.com

**Holly A Harrison**
hollyharrison@hlawllc.com

**Travis J Eliason**
travis.eliason@quarles.com

**Scott Wolf**
scottwolf.0330@gmail.com

**Michael Wolf**
Wolf Legal wolflegalusa@gmail.com

**Peter Wolf**
wolflegalusa@gmail.com

**Elizabeth Wolf**
Lizwolflegalproceedings@gmail.com

**Edward Lewis**
Edwardlegalproceedings@gmail.com

**Barry White**
bbw@foleyhoag.com

**Party to receive notice via postage-prepaid first class U.S. mail:**

**Michael A Wolf**
160 E. Illinois, Unit 2207
Chicago, IL 60611

**Scott Wolf**
23403 E Mission Ave
Suite 200D
Liberty Lake, WA 99019

**Scott Wolf**
1680 Fruitville Road, Unit 208
Sarasota, Florida 34236

**Michael Wolf**
c/o Scott Wolf
320 Central Ave., Unit 141
Sarasota, FL  34236

**Scott Wolf**
320 Central Ave., Unit 141
Sarasota, Florida 34236

**Barry White**
Foley & Hoag
155 Seaport Blvd.
16th Floor
Boston, MA  02210

**221B Partners PLLC**
5547 North Ravenswood Avenue
Suite 406
Chicago, IL  60640

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 14-27066 |
| Michael A. Wolf, ) | |
| ) | Hon. Deborah L. Thorne |
| Debtor. ) | |
| ) | **Hearing Date: 9:00 a.m.** |
| ) | **Hearing Time: January 12, 2023** |

**TRUSTEE'S MOTION FOR ORDER AUTHORIZING PAYMENT OF**
**ADMINISTRATIVE EXPENSE**

N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Michael A. Wolf (the "Debtor"), by and through his general counsel, Fox, Swibel, Levin & Carroll, LLP, pursuant to Sections 105 and 503 of Title 11 of the United States Code (the "Bankruptcy Code"), respectfully requests entry of an order authorizing payment of certain administrative expenses incurred in connection with judgment collection proceedings, and in support thereof states as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28. U.S.C. § 157(b)(2)(A).

**INTRODUCTION**

2.      On July 23, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").  Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as the Trustee for the Estate.

3. On January 29, 2015, the Court entered an order [Dkt. No. 78; the "Funding Order"] authorizing the Trustee to enter into a litigation funding agreement with a lender (the "LFA" and such lender thereunder the "Lender") and to borrow funds thereunder up to $25,000 (the "LFA Funding Proceeds"). The Funding Order (¶3) authorized each provision of the LFA "as though expressly stated herein", and Section 2.1.3 of the LFA authorized the Trustee to borrow and use funds under the LFA for "Litigation Expenses" (as defined in the LFA) within his discretion. The Trustee received the loan proceeds from the LFA lender, and from time to time has applied various borrowed amounts thereunder to cover those "Litigation Expenses" related to claims the Trustee is pursuing in this case. Litigation Expenses include the costs incurred during discovery.

4. On November 19, 2018, the Court entered a $2.1 million judgment in favor of the Trustee [Dkt. 656] against (inter alia) Scott Wolf, related to an adversary proceeding the Trustee had earlier commenced against Scott Wolf to recover certain fraudulent transfers (the "Scott Wolf Judgment"), and proposed findings of fact and conclusions of law supporting a $2.1 million judgment against MMQB, Inc., related to certain other fraudulent transfers (the "MMQB Proposed Judgment"). On September 30, 2022, the United States District Court for the Northern District of Illinois accepted the MMQB Proposed Judgment and entered a final $2.1 million judgment in favor of the Trustee against MMQB, Inc. (the "MMQB Judgment").

5. In connection with his efforts to realize value for the Scott Wolf Judgment and the MMQB Judgment, the Trustee has investigated potential further transfers related to the MMQB business which is the subject of the MMQB Judgment, including whether other websites or entities may be using property owned at any time, or related to, MMQB, Inc. or Scott Wolf. The firm 221B Partners PLLC ("221B Partners"), which specializes in searching publicly

available information to decipher such potential transfers, has assisted in that effort under the supervision of Ron Braver & Associates, a firm that assists the Trustee in similar online research projects.

6. Pursuant to court orders [Dkt. 806,808] (collectively, the "Discovery Sanctions Order"), the Trustee received $40,977 in proceeds from Scott Wolf and the Debtor as a civil sanction for their failure to obey certain court orders (the "Sanction Proceeds"). The Discovery Sanctions Order has not been stayed nor reversed on appeal and therefore remains in full force and effect.

7. To date, 221B Partners has incurred $1,193 for its research services to the Trustee, as set forth in their invoice appended hereto as **Exhibit A** (the "Subject Costs").

## RELIEF REQUESTED AND BASIS THEREFOR; NOTICE

8. The Trustee seeks an order authorizing the use of estate funds to pay the Subject Costs.

9. While the Trustee may continue to use the LFA Proceeds per the Funding Order and other estate proceeds for litigation-related expenses, and also believes he may use the Sanctions Proceeds as estate property to pay administrative expenses given the absence of any stay of the Discovery Sanction Orders, out of an abundance of caution he is seeking a court order confirming his authority to use the Sanctions Proceeds for that purpose.

10. The Subject Costs are necessary to enable the Trustee to continue to realize the value of the MMQB Judgment and the Scott Wolf Judgment and therefore may be approved by this Court as necessary administrative expenses (*see* 11 U.S.C. § 503(b)), notwithstanding that Scott Wolf and the Debtor challenged the Discovery Sanction Orders. *Cf. In re Howell,* 2008 WL 5076975 (Bankr. D.C. 2008) (granting trustee's motion to use proceeds of debtor's personal

3

injury settlement to pay professional fees, notwithstanding debtor's appeal of court's order denying debtor's claimed exemption for such proceeds).

11.　　Notice of this Motion has been given to: (a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the Northern District of Illinois; (d) 221B Partners; and (e) all parties set forth on the attached service list and set up to receive notice through the Court's CM/ECF filing system. In light of the nature of the relief requested, the Trustee submits that no further notice is required.

　　　　WHEREFORE, the Trustee respectfully requests that the Court enter an Order, substantially in the form attached hereto, granting the Motion and providing such other and further relief as is just and proper.

Dated:  December 28, 2022                     Respectfully submitted,

**N. NEVILLE REID, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of Michael A. Wolf**

　/s/  N. Neville Reid　　　　　　　
　　　N. Neville Reid

N. Neville Reid (ARDC #6195837)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

# **EXHIBIT A**

**[221B Partners PLLC Invoice]**

**221B Partners PLLC**
5547 N. Ravenswood Ave., Suite 406
Chicago, IL 60640
+1 312-273-6221
www.221bpartners.com

**INVOICE**

| | |
|---|---|
| Invoice Date: | 11/7/22 |
| Total Amount: | $1,193.00 |
| Number: | 07222201 |
| Terms: | Net 15 |

**Ron Braver & Associates LLC**
123 S. Wacker Dr.
Suite 1000
Chicago, IL 60606

## Invoice Summary

| Description | Amount |
|---|---:|
| Professional Fees - MMQB | $900.00 |
| Reimbursable Expenses | $293.00 |
| **TOTAL AMOUNT DUE** | **$1,193.00** |

Chase Bank; Routing No. 071000013; Account No. 609623530

**221B Partners PLLC**
5547 N. Ravenswood Ave., Suite 406
Chicago, IL 60640
+1 312-273-6221
www.221bpartners.com

**INVOICE**

| | |
|---|---|
| Invoice Date: | 11/7/22 |
| Total Amount: | $1,193.00 |
| Number: | 07222201 |
| Terms: | Net 15 |

**Ron Braver & Associates LLC**
123 S. Wacker Dr.
Suite 1000
Chicago, IL 60606

## Invoice Details

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| **Professional Fees** | | | | | |
| 10/17/22 | Case intake | Review background of case and request from client | 0.25 | $225.00 | $56.25 |
| 10/17/22 | Case management | Set up new PageVault account and related discussions | 1.00 | $225.00 | $225.00 |
| 10/18/22 | Case management | Call w client, call w capture company re website rerouting captures, correspondence w client | 0.75 | $225.00 | $168.75 |
| 10/18/22 | Case management | LinkedIn, website and URL redirect captures; Domain research including purchase of domain report | 1.50 | $225.00 | $337.50 |
| 10/19/22 | Case management | Domain research, including purchase and review of domain report | 0.50 | $225.00 | $112.50 |
| | | **Professional Fees** | **4.00** | | **$900.00** |
| **Reimbursable Expenses** | | | | | |
| 10/19/22 | Expense Recovery | Domain Report for mmqb.io | -- | $0.00 | $49.00 |
| 10/19/22 | Expense Recovery | Domain Report for mmqb.com | -- | $0.00 | $49.00 |
| 11/4/22 | Expense Recovery | PageVault (forensic captures), at cost | -- | $0.00 | $195.00 |
| | | **Reimbursable Expenses** | -- | | **$293.00** |
| | | **TOTAL FEES/EXPENSES** | **4.00** | | **$1,193.00** |